Brian R. Morris, Esq.
Nevada Bar No. 5431
59 Damonte Ranch Parkway, B-221
Reno, Nevada 89521
(775) 323-2800
(775) 313-0876 (Fax)
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LINDA LANINI,

    Plaintiff,

vs.

INVENSYS SYSTEMS, INC.

    Defendant.

Case No. 3:15-cv-00605-LRH-WGC

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE CASE MANAGEMENT REPORT (First Request)**

COMES NOW, Plaintiff, by and through undersigned counsel, and moves this Court for an extension of time in which to file the Case Management Report in this matter.

A case management conference has been set for May 2, 2016 with the Case Management Report being due seven judicial days before the conference - which makes it due on Thursday April 21, 2016.  The Report has been started, but based on the congested work of both counsel as well as defense counsel being out of town tomorrow through the end of the week, the parties are in need of additional time to prepare and file the Case Management Report.  Both Plaintiff's counsel as well as defense counsel are requesting to have through Wednesday April 27 to file the report.  Defense counsel does not oppose this request and joins in this request.  An unopposed motion is being filed and not a stipulation based on the time constraints before defense counsel leaves town.  Based on the above, the parties request until April 27 to file the Case Management Report.

Dated this 19th day of April, 2016.

_____
Brian Morris, Esq.

IT IS SO ORDERED this  20th  day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE