1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                             DISTRICT OF NEVADA

10

11    LINDA LANINI,

12              Plaintiff,                    Case No. 3:15-cv-00605-LRH-WGC

13    vs.                                     **STIPULATION AND** ORDER
                                              **TO DISMISS ENTIRE ACTION WITH**
14    INVENSYS SYSTEMS, INC.,                 **PREJUDICE**

15              Defendant.

16

17
        Plaintiff, LINDA LANINI and Defendant, INVENSYS SYSTEMS, INC., by and through
18
      their respective counsel of record, hereby stipulate to and respectfully request an order
19
      dismissing the entire action with prejudice.
20
      / / /
21

22
      / / /
23

24
      / / /
25

26
      / / /
27

28

1    Each party shall bear its own costs and fees for the claims dismissed by this

2    Stipulation and Order.

3

4    Dated:  June 30, 2016                    Dated:  June 30, 2016

5

6    /s/ Brian R. Morris, Esq.               /s/ Sandra Ketner, Esq.

7    BRIAN R. MORRIS, ESQ.                   SANDRA KETNER, ESQ.
                                             LITTLER MENDELSON, P.C.

8    Attorneys for Plaintiff
     LINDA LANINI                            Attorneys for Defendant
                                             INVENSYS SYSTEMS, INC.
9

10                                           IT IS SO ORDERED.

11                                           DATED this 11th day of July, 2016.

12

13

14   _____

15   LARRY R. HICKS
     UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

2.